SCOTT N. SCHOOLS (SC 9990)
United States Attorney

MARK L. KROTOSKI (CASBN 138549)
Chief, Criminal Division

MAUREEN C. BESSETTE (NYSBN 2468254)
Assistant U.S. Attorney

1301 Clay Street, Suite 340S
Oakland, CA 94612
Telephone: (510) 637-3691
Telefax:   (510) 637-3724

E-filing

Attorneys for the United States

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

07-70365 WDB

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. |
| Plaintiff, | |
| v. | NOTICE OF PROCEEDINGS ON OUT-OF-DISTRICT CRIMINAL CHARGES PURSUANT TO RULES 5(c)(2) AND (3) OF THE FEDERAL RULES OF CRIMINAL PROCEDURE |
| MOISES ROBLES, | |
| Defendant. | |

Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal Procedure, that on June 21, 2007, the above-named defendant was arrested based on a warrant (copy is attached as Exhibit A) issued on a verified Petition filed by the United States Probation Office in the District of Nevada for alleged violations of supervised release (copy is attached as Exhibit B), in the case captioned United States v. Moises Robles, case number 3:05-CR-112-BES-VPC..

Indictment
☐ Information
☐ Criminal Complaint
x  Other (describe)   Supervised Release Violation

The Petition filed by the Probation Office reflects that the underlying offense of conviction was money laundering. The maximum penalties for the alleged supervised release violations will depend upon a number of variables, including the original term of imprisonment imposed, the defendant's criminal history, and the Grade of the violations.

Respectfully Submitted,

SCOTT N. SCHOOLS
United States Attorney

Date: 6/22/07

MAUREEN C. BESSETTE
Assistant United States Attorney

A

Case 4:07-cr-00359-MJJ   Document 1   Filed 06/22/2007   Page 3 of 8

AO 442  (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____NEVADA_____

UNITED STATES OF AMERICA

V.

MOISES ROBLES

**WARRANT FOR ARREST**

Case Number:  3:05-cr-112-BES-VPC

RECEIVED UNITED STATES MARSHAL
2007 MAY 23 A 10: 05
DISTRICT OF NEVADA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   Moises Robles
                                        Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☑ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)
Violation of Release Conditions

**COPY**

in violation of Title __18__ United States Code, Section(s) __3583__

Jennifer Womack
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]* Jennifer Womack
Signature of Issuing Officer

5/22/2007       Reno, NV
Date            Location

*[court seal: UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA]*

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Ex. A

B

Case 4:07-cr-00359-MJJ    Document 1    Filed 06/22/2007    Page 5 of 8

Case 3:05-cr-00112-BES-VPC   Document 65-1 *SEALED*   Filed 05/22/2007   Page 1 of 3

# United States District Court

for

the District of Nevada

## PETITION FOR WARRANT - SUMMONS FOR OFFENDER UNDER SUPERVISION

Name of Offender: __MOISES ROBLES__

Case Number: __3:05-cr-112-BES-VPC__

Name of Sentencing Judicial Officer: __Honorable Brian E. Sandoval__

Date of Original Sentence: __March 8, 2007__

Original Offense: __Money Laundering__

Original Sentence: __Time served and three years supervised release__

Date Supervision Commenced: __March 8, 2007__

*RECEIVED UNITED STATES MARSHAL*
*2007 MAY 23 A 10:05*
*DISTRICT OF NEVADA*

## PETITIONING THE COURT

✓ To issue a warrant

___ To issue a summons

The probation officer believes the offender has violated the following condition(s) of supervision:

1. **The defendant shall not commit another federal state or local crime.**

   An investigation revealed that Robles was trafficking in narcotics. Robles was observed at a residence in Bay Point, California. On April 27, 2007, he was arrested outside the residence by the Contra Costa County Sheriff's Department. A search revealed individually packaged quantities of crack cocaine, heroin, ecstacy, and two small digital scales. Four children between the ages of five and fourteen were residing at the residence. Robles was charged with Possession of Crack Cocaine for Sale, Possession of Heroin for Sale, Possession of Ecstacy for Sale, and Endangering Person or Health of Children.

2. **The defendant shall not purchase, possess, use, distribute, or administer any controlled substance.**

   On March 12, 2007, Robles submitted a urine sample which was positive for cocaine. Additionally, on April 27, 2007, Robles was arrested for possession and sales of controlled substances as noted above.

Ex. B

06/21/2007 13:42 5106376670 Case 4:07-cr-00359-MJJ   Document 1   USMS OAKLAND Filed 06/22/2007   Page 7 of 8 PAGE 04/05
06/20/2007 10:07 7756865794    US MARSHALS SERVICE    PAGE 04/05

Case 3:05-cr-00112-BES-VPC   Document 65-1 *SEALED*   Filed 05/22/2007   Page 2 of 3

DPPV Form

RE: MOISES ROBLES

3. The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

On April 27, 2007, Robles was arrested at a residence in Bay Point, California, after an investigation revealed that he was selling and storing controlled substances at that location. A search of the residence revealed individual packaged quantities of crack cocaine, heroin, and ecstacy, and two small digital scales.

4. The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

On April 27, 2007, Robles was arrested as noted above. He has failed to notify the probation office in California within 72 hours, as required. To date, he has not notified the probation office of this arrest.

5. Shall participate in and successfully complete a substance abuse treatment program, which will include drug/alcohol testing, outpatient counseling, or residential placement, as approved and directed by the probation office.

On April 10, 2007, Robles was referred by the probation office in the Northern District of California to drug treatment services and drug testing. He has failed to submit to treatment and testing.

## SUMMARY IN SUPPORT OF PETITION FOR WARRANT-SUMMONS
## May 9, 2007

For the Court's review, Robles was originally arrested following an investigation of an armed bank robbery. Police located the suspect and Robles inside an apartment, however, they both escaped by knocking a hole in a wall and fleeing. Robles took proceeds from the bank robbery and converted them into money orders so as to disguise the money's origin. A downward variance was granted and supervision immediately began in the Northern District of California, where the defendant resided. As noted above, the defendant immediately disregarded his term of supervised release granted to him and he resumed criminal activity until the day of his arrest on April 27, 2007. Robles remains in custody at the Martinez, California, Detention Facility.

U. S. Probation Officer Recommendation:

The term of supervision should be:

✓ Revoked

___ Extended for _____ months, for a total term of _____ months

06/21/2007 13:42 5105373674 USMS OAKLAND PAGE 05/05
Case 4:07-cr-00359-MJJ   Document 1   Filed 06/22/2007   Page 8 of 8
06/20/2007 10:07 7756865794 US MARSHALS SERVICE PAGE 05/05

Case 3:05-cr-00112-BES-VPC   Document 65-1 *SEALED*   Filed 05/22/2007   Page 3 of 3

RE: MOISES ROBLES

I declare under penalty of perjury that the information contained herein is true and correct.

Executed on _____ May 9, 2007 _____.

_____
RON CRAWFORD
United States Probation Officer

APPROVED: _____
RICK L. OEHLERKING
Supervising U.S. Probation Officer

---

**THE COURT ORDERS:**

_____ No action

__X__ The issuance of a warrant

_____ The issuance of a summons

_____ Other

_____
Signature of Judicial Officer

May 22, 2007
_____ Date

CERTIFIED TO BE A TRUE COPY
United States District Court
Clerk _____
Deputy Clerk