**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
**DISTRICT OF NEVADA**
BRUCE R. THOMPSON U.S. COURTHOUSE
AND FEDERAL BUILDING
400 SOUTH VIRGINIA STREET #301
RENO, NEVADA 89501
(775) 686-5800



**FILED**
JUN 1 5 2007
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LANCE S. WILSON
DISTRICT COURT EXECUTIVE/CLERK

**JAKE HERB**
CHIEF DEPUTY, RENO

**CYNTHIA K. JENSEN**
CHIEF DEPUTY, LAS VEGAS

June 13, 2007

Clerk
U.S. District Court
Northern District of California
450 Golden Gate Avenue
16th Floor
San Francisco, CA 94102

Re:     UNITED STATES OF AMERICA V. MOISES EMILO ROBLES
        Case No. 3:05-CR-00112-BES-VPC (Nevada)
                CR07-00359

        Please be advised that the above-entitled probationer has been transferred to your District for all further proceedings. Enclosed are certified copies of the indictment, superseding information, judgment(s), transfer order, and docket sheet.

        Effective January 1, 2006, the District of Nevada has mandated electronic filing via the Case Management and Electronic Case Filing system (CM/ECF). **All proceedings filed after that date may be accessed via PACER and our website at** www.nvd.uscourts.gov.

        Please acknowledge receipt of these documents on the enclosed duplicate of this letter.

Yours truly,

LANCE S. WILSON, CLERK

By:
        /s/ Jennifer Womack
           Deputy Clerk

Enclosures: Certified copies of, judgment(s), transfer order, and docket sheet.

Received by: _____

ASSIGNED CASE #:   CR07-00359 _____

1  DANIEL G. BOGDEN
   United States Attorney
2  PAUL L. PUGLIESE
   Assistant United States Attorney
3  100 W. Liberty Street, Suite 600
   Reno, Nevada 89501
4  Tel: (775) 784-5438
   Fax: (775) 784-5181
5  Attorneys for Plaintiff

FILED

2005 MAY 25 PM 4:0.

LANCE S. WILSON
CLERK

BY _____

6                  UNITED STATES DISTRICT COURT

7                       DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,          )        CR-N-05-0112-LRH-VPC
                                      )
9            Plaintiff,               )
                                      )    INDICTMENT FOR VIOLATION OF:
10         v.                         )
                                      )    TITLE 18, UNITED STATES CODE,
11  MOISES EMILO ROBLES,              )    SECTION 2113(a) and (d) - Bank Robbery
    aka Moses Robles,                 )    (Count One)
12  aka Rico Suave,                   )
                                      )    TITLE 18, UNITED STATES CODE,
13            Defendant.              )    SECTION 924(c) - Carrying a Firearm
                                      )    During a Crime of Violence (Count Two)
14
                                           TITLE 18, UNITED STATES CODE,
15                                         SECTION 2 - Aiding and Abetting
                                           (Counts One and Two)
16

17  THE GRAND JURY CHARGES THAT:

18                           COUNT ONE

19         On or about March 2, 2004, in the District of Nevada, the defendant, MOISES EMILO

20  ROBLES, aka Moses Robles, aka Rico Suave, did aid, abet, counsel, command, induce, and procure the

21  commission of a bank robbery by Jesse Scott Junior, and by force, violence, intimidation, and by

22  brandishing a firearm, did take from the person and the presence of another, namely, Elizabeth Ramirez,

23  a bank teller, money belonging to and in the care, custody, control, management, and possession of the

24  Wells Fargo Bank branch office located at 2105 Oddie Boulevard, Sparks, Nevada, a bank and financial

25  institution whose deposits were then insured by the Federal Deposit Insurance Corporation, and resulting

26  in a loss exceeding $10,000.00; all in violation of Title 18, United States Code, Section 2113(a) and (d)

27  and Title 18, United States Code, Section 2.

28  \ \ \

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court

By _____
        Deputy Clerk

1                          <u>COUNT TWO</u>

2        On or about March 2, 2004, in the District of Nevada, the defendant, MOISES EMILO

3 ROBLES, aka Moses Robles, aka Rico Suave, did aid, abet, counsel, command, induce, and procure the

4 commission of carrying a firearm in and in relation to a crime of violence by Jesse Scott Junior, and

5 knowingly used and carried a firearm, to wit: an RG14 .22LR caliber revolver, serial number 229474,

6 during and in relation to a crime of violence for which he may be prosecuted in a court of the United

7 States, i.e., robbery of a bank and financial institution whose deposits were then insured by the Federal

8 Deposit Insurance Corporation, as alleged in Count One, above, and hereby incorporated by reference,

9 all in violation of Title 18, United States Code, Sections 924(c)(1) and 2.

10

11

12                             A TRUE BILL:

13

14                             FOREPERSON

DANIEL G. BOGDEN

15 United States Attorney

16

PAUL L. PUGLIESE

17 Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

1  DANIEL G. BOGDEN
   United States Attorney
2  PAUL L. PUGLIESE
   Assistant United States Attorney
3  100 West Liberty Street, Suite 600
   Reno, NV 89501
4  (775) 784-5438
   Attorneys for Plaintiff
5

6              UNITED STATES DISTRICT COURT

7                  DISTRICT OF NEVADA

8  UNITED STATES OF AMERICA,          )   3:05-CR-0112-BES-VPC
                                      )
9          Plaintiff,                 )
                                      )   **SUPERSEDING FELONY**
10         v.                         )   **INFORMATION FOR VIOLATION OF:**
                                      )
11  MOISES EMILO ROBLES,              )   Title 18, United States Code,
    aka Moses Robles,                 )   Section 1956(a)(1)(B)(i) - Money Laundering
12  aka Rico Suave,                   )
                                      )
13         Defendant.                 )
    ─────────────────────────────────)

14

15  THE UNITED STATES ATTORNEY CHARGES THAT:

16         On or about March 2, 2004, in the District of Nevada, the defendant, MOISES

17  EMILO ROBLES, aka Moses Robles and Rico Suave, did knowingly and willfully conduct a

18  financial transaction affecting interstate commerce, to wit, converted $2,000.00 of United States

19  currency into four (4) $500.00 Western Union Money Orders, which involved the proceeds of a

20  specified unlawful activity, that is armed bank robbery under Title 18, United States Code,

21  Section 2113(a) and (d), knowing that the transaction was designed in whole to conceal and

22  disguise the nature, source, and ownership of the proceeds of said specified unlawful activity and

23  that while conducting and attempting to conduct such financial transaction knew that the property

24  \ \ \

25  \ \ \

26  \ \ \

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By _____
Deputy Clerk

1  involved in the financial transaction, that is funds in the amount of $2,000.00, represented the

2  proceeds of said unlawful activity; all in violation of Title 18, United States Code, Section

3  1956(a)(1)(B)(i).

4                                          DANIEL G. BOGDEN
                                           Unites States Attorney
5

6

7                                          PAUL L. PUGLIESE
                                           Assistant United States Attorney
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26                                       2

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
    Sheet 1

RECEIVED
FILED _____ ENTERED _____ SERVED ON
COUNSEL/PARTIES OF RECORD

## UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

MAR - 9 2007

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____ DEPUTY

UNITED STATES OF AMERICA
    vs.

MOISES EMILO ROBLES,

THE DEFENDANT:

**JUDGMENT IN A CRIMINAL CASE**

CASE NUMBER:    3:05-cr-112-BES (VPC)

USM NUMBER:    97688-011

Dennis Cameron
DEFENDANT'S ATTORNEY

(XX)    pled guilty to count(s) <u>One in the Superseding Felony Information filed 11/3/2006</u>
(  )    pled nolo contendere to count(s) _____ which was accepted by the court.
(  )    was found guilty on count(s) _____ after a plea of not guilty.

The defendant is adjudicated guilty of these offense(s):

| Title & Section | Nature of Offense | Date Offense Ended | Count |
|---|---|---|---|
| 18:1956(a)(1)(B)(i) | Money laundering | 03/02/2004 | 1 |

The defendant is sentenced as provided in pages 2 through __6__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

(  )    The defendant has been found not guilty on count(s) _____
(XX)    Count(s) <u>One and Two of the original indictment filed 05/25/2005</u>  (is)(are) dismissed on the motion of the United States.

IT IS ORDERED that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

March 8, 2007
Date of Imposition of Judgment

Signature of Judge

BRIAN E. SANDOVAL, U.S. DISTRICT JUDGE
Name and Title of Judge

March 9, 2007
Date

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court
By_____
    Deputy Clerk

AO 245B   (Rev. 06/05) Judgment in a Criminal Case
Sheet 2 - Imprisonment

DEFENDANT:   MOISES EMILO ROBLES                                                      Judgment - Page __2__
CASE NUMBER: 3:05-cr-112-BES (VPC)

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term
of: __TIME SERVED__

( )   The court makes the following recommendations to the Bureau of Prisons:

( )   The defendant is remanded to the custody of the United States Marshal.

( )   The defendant shall surrender to the United States Marshal for this district:
    ( )   at _____ a.m./p.m. on _____
    ( )   as notified by the United States Marshal.

( )   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ( )   before 2 p.m. on _____
    ( )   as notified by the United States Marshal.
    ( )   as notified by the Probation of Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

BY:   _____
    Deputy United States Marshal

AO 245B    (Rev 06/05) Judgment in a Criminal Case
    Sheet 3 - Supervised Release

DEFENDANT:    MOISES EMILO ROBLES                                        Judgment - Page    3
CASE NUMBER: 3:05-cr-112-BES (VPC)

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of    THREE (3) YEARS

The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substances. Revocation of supervision is mandatory for possession of illegal controlled substances. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two periodic drug tests thereafter, not to exceed 104 drug tests annually. Revocation is mandatory for refusal to comply.

( )    The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
(XX)    The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
(XX)    The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
( )    The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
( )    The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes a fine or a restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1)    the defendant shall not leave the judicial district without the permission of the court or probation officer;
2)    the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3)    the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4)    the defendant shall support his or her dependants and meet other family responsibilities;
5)    the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6)    the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7)    the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8)    the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9)    the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10)    the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11)    the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.
12)    the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13)    as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B  (Rev. 06/05) Judgment in a Criminal Case
　　　　Sheet 3 - Supervised Release

DEFENDANT:   DEFENDANT:  MOISES EMILO ROBLES                                    Judgment - Page __4__
CASE NUMBER: 3:05-cr-112-BES (VPC)

## SPECIAL CONDITIONS OF SUPERVISION

1.   Possession of Illegal Controlled Substance - The defendant shall not possess illegal controlled substances.

2.   Possession of Weapon - The defendant shall not possess, have under his/her control, or have access to any firearm, explosive device, or other dangerous weapons, as defined by federal, state or local law.

3.   Warrantless Search - The defendant shall submit to the search of his/her person, and any property, residence, or automobile under his/her control by the probation officer, or any other authorized person under the immediate and personal supervision of the probation officer without a search warrant to ensure compliance with all conditions of release.

4.   Substance Abuse Treatment - The defendant shall participate in and complete a substance abuse treatment program, which may include drug/alcohol testing, out-patient counseling, or residential placement, as approved and directed by the probation officer.  The defendant shall be required to contribute to the costs of services for such treatment, as approved and directed by the probation officer, based upon his ability to pay.

5.   Alcohol Abstinence - Defendant shall refrain from the use and possession of beer, wine, liquor and other forms of intoxicants.

6.   Community Service - The defendant shall complete 100 hours of community service, as approved and directed by the probation officer.

7.   True Name - Defendant shall use his true name at all times and will be prohibited from the use of any aliases, false dates of birth, social security numbers, places of birth, and any other pertinent demographic information.

AO 245B  (Rev 06/05) Judgment in a Criminal Case
    Sheet 5 - Criminal Monetary Penalties

DEFENDANT:    DEFENDANT: MOISES EMILO ROBLES                                    Judgment - Page    5
CASE NUMBER: 3:05-cr-112-BES (VPC)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

|  | Assessment | Fine | Restitution |
|---|---|---|---|
| Totals: | $100.00<br>Due and payable immediately. | $WAIVED | $ N/A |

( )    On motion by the Government, IT IS ORDERED that the special assessment imposed by the Court is remitted.

( )    The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO
       245C) will be entered after such determination.

( )    The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

       If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified
       otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all
       nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss | Restitution Ordered | Priority of Percentage |
|---|---|---|---|
| Clerk, U.S. District Court<br>Attn: Financial Officer<br>Case No.<br>333 Las Vegas Boulevard, South<br>Las Vegas, NV 89101 | | | |
| TOTALS                    : | $ | $ | |

Restitution amount ordered pursuant to plea agreement: $ _____

The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before
the fifteenth day after the date of judgment, pursuant to 18 U.S.C. §3612(f). All of the payment options on Sheet 6 may be
subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

The court determined that the defendant does not have the ability to pay interest and it is ordered that:

       the interest requirement is waived for the:  ( ) fine  ( ) restitution.
       the interest requirement for the:  ( ) fine  ( ) restitution is modified as follows:

*Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses
committed on or after September 13, 1994 but before April 23, 1996.

AO 245B   (Rev 06/05) Judgment in a Criminal Case
          Sheet 6 - Schedule of Payments

DEFENDANT:   DEFENDANT:  MOISES EMILO ROBLES                              Judgment - Page   6
CASE NUMBER: 3:05-cr-112-BES (VPC)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

A   (XX)   Lump sum payment of $ 100.00   due immediately, balance due
           ( )     not later than _____ ; or
           ( )     in accordance with ( ) C, ( ) D, or ( ) E below; or

B   ( )    Payment to begin immediately (may be combined with ( ) C, ( ) D, or ( ) E below; or

C   ( )    Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period
           of _____ (e.g. months or years), to _____ (e.g., 30 or 60 days) after the date of this judgment; or

D   ( )    Payment in _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or
           years), to _____ (e.g., 30 or 60 days) after release from imprisonment to a term is supervision; or

E          Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment.  The court
           will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ( )    Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during imprisonment.
All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the
clerk of the court.

The defendant will receive credit for all payments previously made toward any criminal monetary penalties imposed.

( )   Joint and Several

      Defendant and Co-Defendant Names and Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding
      payee, if appropriate.

( )   The defendant shall pay the cost of prosecution.

( )   The defendant shall pay the following court cost(s):

( )   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6)
community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.

| PROB 22 (Rev. 2/88) | **E-filing** | DOCKET NUMBER (Tran. Court) |
| **TRANSFER OF JURISDICTION** | | 3:05-cr-112-BES-VPC |
| | | DOCKET NUMBER (Rec. Court) |
| | CR07-00359 | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
| Moises Robles | NEVADA | U.S. Probation Office |
| Pittsburgh, CA 94565 | NAME OF SENTENCING JUDGE | |
| | Brian E. Sandoval | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/12/07 | TO 3/11/10 |

| OFFENSE | **RECEIVED** |
| Money Laundering | JUN – 6 2007 |
| | U.S. PROBATION OFFICE NORTHERN DIST. CALIF. OAKLAND |

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

MAY 29, 2007

_____
Date

Brian E. Sandoval
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAY 3 1 2007

_____
Effective Date

_____
United States District Judge

CERTIFIED TO BE A TRUE COPY
Clerk, United States District Court

By _____
Deputy Clerk

| PROB 22 (Rev. 2/88) **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 3:05-cr-112-BES-VPC | |
|---|---|---|---|
| | | DOCKET NUMBER *(Rec. Court)* 0971 4:07CR00359 MJJ | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION | |
| Moises Robles Pittsburgh, CA 94565 | NEVADA | U.S. Probation Office | |
| | NAME OF SENTENCING JUDGE | | |
| | Brian E. Sandoval | | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 3/12/07 | TO 3/11/10 |

**OFFENSE**

Money Laundering

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the NORTHERN DISTRICT OF CALIFORNIA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

MAY 29, 2007

Brian E. Sandoval
*United States District Judge*

*Date*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

~~IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District~~

MAY 3 1 2007

United States District Judge

Effective Date

CLOSED

# United States District Court
## District of Nevada (Reno)
### CRIMINAL DOCKET FOR CASE #: 3:05-cr-00112-BES-VPC-ALL

Case title: USA VS Moises Emilo Robles

Date Filed: 05/25/2005

Assigned to: Judge Brian E. Sandoval
Referred to: Magistrate Judge Valerie P.
Cooke

## Defendant

**Moises Emilo Robles** (1)
*TERMINATED: 03/09/2007*

represented by **Cheryl A Field-Lang**
935 Jones St.
P.O. Box 2896
Reno, NV 89505
775-323-7896
Fax: 775-323-7889
Email: cfllaw@sbcglobal.net
*TERMINATED: 09/15/2006*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Laurence P Digesti**
Laurence Peter Digesti
485 W. Fifth St.
Reno, NV 89503-
775-323-7797
Fax: 775-323-5944
Email: digestilaw@AOL.com
*TERMINATED: 04/18/2006*
*LEAD ATTORNEY*
*Designation: CJA Appointment*

**Dennis A. Cameron**
Dennis Cameron, Law Offices Of
204 Marsh Ave
Suite 101
Reno, NV 89509
775-329-5329
Fax: 775-825-8002
Email: trish@helpfordisability.com
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

## Pending Counts

## Disposition

| | |
|---|---|
| MONEY LAUNDERING -(Citation on Superseding Felony Information is 18:1956(a)(1)(B)(i) (1s) | Pled guilty; TIME SERVED; 36 mos supervised release; 100 hrs comm svc; $100 Assessment |

### Highest Offense Level (Opening)

Felony

### Terminated Counts

| | Disposition |
|---|---|
| 18:2231A.F Bank Robbery (1) | Dismissed; govt mtn |
| 18:3.F Aiding and Abetting (1) | Dismissed; govt mtn |
| 18:924C.F Carrying a Firearm During a Crime of Violence (2) | Dismissed; govt mtn |
| 18:3.F Aiding and Abetting (2) | Dismissed; govt mtn |

### Highest Offense Level (Terminated)

Felony

### Complaints

**Disposition**

None

---

### Plaintiff

| | | |
|---|---|---|
| **USA** | represented by | **Paul L. Pugliese** U.S. Attorney's Office 100 West Liberty Street Suite 600 Reno, NV 89501 Email: Paul.L.Pugliese@usdoj.gov *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 05/25/2005 | 1 | INDICTMENT re Robles (Entered: 05/26/2005) |
| 05/25/2005 | 2 | AO 257 re Robles (Entered: 05/26/2005) |
| 05/25/2005 | 3 | GRAND JURY RETURNS re Robles dtd 5/25/05: ord indcts fl. no sealed indctsl warrant to issue; C/R Karen Bryson (Entered: 05/26/2005) |
| | | |

| 05/25/2005 | 4 | WARRANT ISSUED re Robles. (Entered: 05/26/2005) |
|---|---|---|
| 09/21/2005 | 5 | WARRANT RETURNED EXECUTED Arrested as to D, EMILO-ROBLES on 9/16/05 in Dist. of Northern Calif. (Entered: 09/22/2005) |
| 09/26/2005 | 6 | TRANSCRIPT Re: D, Emilo-Robles: Commitment fm Another Dist fm Northern Dist. of California (Oakland Division) (Case No. 4-05-70759-WDB) w/following documnts attchd:a.) Docket Sheetb.) Notice of Proceedngs on Out of Dist. Criminal Chargesc.) Commit (Entered: 09/28/2005) |
| 10/03/2005 | 7 | INITIAL/ ARRAIGNMENT & PLEA Re: D, Robles: (Dtd: 9/30/05) CJA-Larry Digesti apt cnsl; D plds not G to indictmnt; Case set for cal call on 12/1/05 @ 8:30am; Case stckd for J/T on 12/6/05 @ 8:30am; Ord re P/T procdure entered & distrib; D remand CUSM; USPO Modified on 11/9/2006 to reflect **SUMMONS ISSUED** (BLG). (Entered: 10/04/2005) |
| 10/03/2005 | 8 | FINANCIAL AFFIDAVIT Re: D, Robles. (Entered: 10/04/2005) |
| 10/03/2005 | 9 | ORDER Re: D, Robles: CJA - Larry Digesti apt cnsl; Subps sh be issd upon req w/exceptn to out of st subps wh will req crt approval. (Entered: 10/04/2005) |
| 10/03/2005 | 10 | ORDER REGARDING PRETRIAL PROCEDURE P/T Mtns due 10/31/05; Resp due 11/14/05; Replies due 11/17/05. Trial Brfs ect due 5 days prior to trial setting. (Entered: 10/04/2005) |
| 10/27/2005 | | TRAVERSE Recv'd stip re P/T Mtns. (Entered: 11/01/2005) |
| 10/31/2005 | 11 | ORDER REGARDING TRIAL Re: D, Robles: Calendar call set for 12/1/05 @ 8:30am; Trial set for 12/6/05 @ 8:30am. (Entered: 11/01/2005) |
| 11/08/2005 | 12 | STIPULATION/ORDER - tht PT mtns due 11/7/05; responses due 11/21/05 and replies due 11/28/05 as to Moises Emilo Robles Signed by Judge Larry R. Hicks on 11/8/05. (JAR, ) (Entered: 11/18/2005) |
| 11/16/2005 | 15 | MOTION to Inspect (discovery) by Moises Emilo Robles. Responses due by 11/30/2005. (WJ, ) (Entered: 12/05/2005) |
| 11/18/2005 | 13 | STIPULATION - to continue trial by Moises Emilo Robles, USA as to Moises Emilo Robles (JAR, ) (Entered: 11/18/2005) |
| 11/21/2005 | 14 | ORDER TO CONTINUE - Ends of Justice - as to Moises Emilo Robles. Jury Trial set for 2/7/2006 08:30 AM in Reno Courtroom 4 before Judge Larry R. Hicks. Calendar Call set for 2/2/2006 08:30 AM in Reno Courtroom 4 before Judge Larry R. Hicks. Signed by Judge Larry R. Hicks on 11/21/05. (RM, ) (Entered: 11/21/2005) |
| 11/28/2005 | 16 | RESPONSE to 15 MOTION to Inspect; filed by USA as to Moises Emilo Robles. Replies due by 12/4/2005. (WJ, ) (Entered: 12/12/2005) |
| 01/03/2006 | 17 | ORDER REGARDING TRIAL as to Moises Emilo Robles Jury Trial set for 2/7/2006 08:30 AM in Reno Courtroom 5 before Judge Larry R. Hicks. Calendar Call set for 2/2/2006 08:30 AM in Reno Courtroom 5 |

| | | |
|---|---|---|
| | | before Judge Larry R. Hicks. Signed by Judge Larry R. Hicks on 1/3/06. (RM, ) (Entered: 01/03/2006) |
| 01/12/2006 | 18 | PROPOSED Voir Dire by Moises Emilo Robles (Digesti, Laurence) (Entered: 01/12/2006) |
| 01/26/2006 | 19 | STIPULATION *Stipulation and Order to Continue Trial (2nd Request)* by USA as to Moises Emilo Robles (Pugliese, Paul) (Entered: 01/26/2006) |
| 01/26/2006 | 20 | ORDER denied as moot 15 Defendant Robles' motion for discovery. See order re specs. Signed by Judge Larry R. Hicks on 1/26/06. (SL, ) (Entered: 01/26/2006) |
| 01/28/2006 | 21 | ORDER TO CONTINUE - Ends of Justice - as to Moises Emilo Robles. Time excluded from 2/7/06 until 4/11/06. On stipulation by the parties, IT IS ORDERED that Jury Trial, currently scheduled on February 7, 2006, is continued to April 11, 2006 at 8:30 AM in Reno Courtroom 5 before Judge Larry R. Hicks. Calendar Call is scheduled on March 30, 2006 at 8:30 AM in Reno Courtroom 5 before Judge Larry R. Hicks. Signed by Judge Larry R. Hicks on 1/27/06. (RM, ) (Entered: 01/28/2006) |
| 03/09/2006 | 23 | ORDER REGARDING TRIAL as to Moises Emilo Robles. Stacked trial commencing April 11, 2006 @ 8:30 a.m. in Courtroom 5; Calendar Call Thursday, March 30, 2006 @ 8:30 a.m. See Ord for spec. Signed by Judge Larry R. Hicks on 3/9/06. (DRM, ) Modified on 3/13/2006 (DRM, )to reflect order regarding trial and not pretrial procedure (Entered: 03/13/2006) |
| 03/16/2006 | 25 | PETITION for Writ of Habeas Corpus ad Testificandum by USA as to Moises Emilo Robles. (Pugliese, Paul) (Entered: 03/16/2006) |
| 03/22/2006 | 31 | ORDER as to Moises Emilo Robles: Case reassigned to Judge Brian E. Sandoval for all further proceedings. Judge Larry R. Hicks no longer assigned to case. Signed by Judge Philip M. Pro on 3/22/06. (BLG) (Entered: 03/22/2006) |
| 03/24/2006 | 32 | Third MOTION to Continue *Trial* by USA as to Moises Emilo Robles. (Pugliese, Paul) (Entered: 03/24/2006) |
| 03/27/2006 | 33 | ORDER TO CONTINUE - Ends of Justice - as to Moises Emilo Robles re 32 Stipulation to continue trial (third request) filed by USA. Time excluded from 04/11/06 until 05/23/06. Jury Trial set for 5/23/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Calendar Call set for 5/10/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Signed by Judge Brian E. Sandoval on 03/27/06. (MLC) (Entered: 03/27/2006) |
| 04/14/2006 | 36 | ORDER REGARDING TRIAL as to Moises Emilo Robles Jury Trial set for 5/23/2006 08:30 AM before Judge Brian E. Sandoval. Calendar Call set for 5/10/2006 08:30 AM before Judge Brian E. Sandoval. Proposed Jury Instructions due by 5/16/2006. Signed by Judge Brian E. Sandoval |

|            |    | on 4/14/06. (WJ, ) (Entered: 04/17/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                  |
|------------|----|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| 04/24/2006 | 38 | ORDER APPOINTING COUNSEL as to Moises Emilo Robles. CJA Cheryl A Field-Lang for Moises Emilo Robles appointed as counsel, subpoenas issued upon request with exception to out of state subpoenas which will require court approval Signed by Judge Valerie P. Cooke on 4/24/06. (WJ, ) (Entered: 04/25/2006)                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 05/10/2006 | 40 | Submission of PROPOSED STPULATED ORDER to continue trial and pretrial motion deadlines by Moises Emilo Robles (WJ, ) (Entered: 05/10/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                 |
| 05/10/2006 | 41 | MINUTES OF PROCEEDINGS - Calendar Call as to Moises Emilo Robles held on 5/10/2006 before Judge Brian E. Sandoval. Crtrm Administrator: *Marti Campbell*; AUSA: *Paul Pugliese*; Def Counsel: *Cheryl Field-Lang*; Court Reporter/FTR #: *Margaret Griener*; Time of Hearing: *8:30 AM*; Defendant is not present. Defendant's counsel requests a continuance until 11/13/06; calendar call 11/01/06. Counsel shall submit a stipulation. **(no image attached)** (MLC) (Entered: 05/10/2006)                                                                                                                                                                                                                                    |
| 05/11/2006 | 42 | ORDER TO CONTINUE - Ends of Justice - as to Moises Emilo Robles re 40 Proposed Order Submission filed by Moises Emilo Robles. Time excluded from 05/23/06 until 11/13/06. Jury Trial set for 11/13/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Calendar Call set for 11/1/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Motions due by 10/16/2006. Responses due by 10/30/2006. Replies due by 11/6/2006. Proposed Voir Dire due by 11/6/2006. Proposed Jury Instructions due by 11/6/2006. Trial Briefs due by 11/6/2006. Signed by Judge Brian E. Sandoval on 05/11/06. (MLC) (Entered: 05/11/2006) |
| 09/13/2006 | 43 | MOTION to Substitute Attorney by Moises Emilo Robles. (Cameron, Dennis) (Entered: 09/13/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                              |
| 09/15/2006 | 44 | ORDER granting 43 Motion to Substitute Attorney as to Moises Emilo Robles (1: Dennis Cameron subs in and Cheryl Field Lang subs out as cnsl for D. Signed by Judge Valerie P. Cooke on 9/11/06. (WJ, ) (Entered: 09/18/2006)                                                                                                                                                                                                                                                                                                                                                                                                                                                                                                |
| 09/18/2006 | 45 | MINUTE ORDER IN CHAMBERS of the Honorable Valerie P. Cooke, U.S. Magistrate Judge, as to Moises Emilo Robles on 9/18/2006. By Deputy Clerk: LGM. IT IS ORDERED that Cheryl Field-Lang shall submit her bill to the Clerk of the Court within 30 days. Defendant shall pay to the Clerk, U.S. District Court said amount 30 days after the bill has been submitted. See attached order for specifications. (LGM, ) (Entered: 09/18/2006)                                                                                                                                                                                                                                                                                        |
| 09/18/2006 | 46 | MINUTE ORDER IN CHAMBERS of the Honorable Valerie P. Cooke, U.S. Magistrate Judge, as to Moises Emilo Robles on 9/18/2006. By Deputy Clerk: LGM. The Court approved the substitution of attorney by which Dennis Cameron entered as retained counsel. Initially Laurence Digesti, Esq., was appointed to represent the defendant. The defendant                                                                                                                                                                                                                                                                                                                                                                               |

| | | |
|---|---|---|
| | | shall reimburse the Treasury of the United States for the services of appointed counsel. See the attached order for specifications. (LGM, ) (Entered: 09/18/2006) |
| 10/05/2006 | 47 | ORDER REGARDING TRIAL as to Moises Emilo Robles. Jury Trial set for 11/14/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Calendar Call set for 11/1/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. Proposed Voir Dire due by 11/7/2006. Proposed Jury Instructions due by 11/7/2006. Trial Briefs due by 11/7/2006.Signed by Judge Brian E. Sandoval on 10/05/06. (MLC) (Entered: 10/05/2006) |
| 11/01/2006 | 48 | MINUTES OF PROCEEDINGS - Calendar Call as to Moises Emilo Robles held on 11/1/2006 before Judge Brian E. Sandoval. Crtrm Administrator: *Marti Campbell*; AUSA: *Paul Pugliese*; Def Counsel: *Dennis Cameron*; Court Reporter/FTR #: *Margaret Griener*; Time of Hearing: *8:30 AM*; Counsel advise the Court they are in plea negotiations. Counsel requests a continuance. IT IS ORDERED that counsel shall submit a stipulation to continue for the trial stack of 12/19/06. (**no image attached**) (MLC) (Entered: 11/01/2006) |
| 11/02/2006 | 49 | NOTICE OF HEARING as to Moises Emilo Robles: At the request of the parties, Change of Plea Hearing set for Wednesday, 11/8/2006 08:30 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. (**no image attached**) (MLC) (Entered: 11/02/2006) |
| 11/03/2006 | 55 | SUPERSEDING INFORMATION as to Moises Emilo Robles (1) count (s) 1s. (BLG) (Entered: 11/09/2006) |
| 11/08/2006 | 51 | MINUTES OF PROCEEDINGS - Change of Plea as to Moises Emilo Robles held on 11/8/2006 before Judge Brian E. Sandoval. Crtrm Administrator: *Marti Campbell*; AUSA: *Paul Pugliese*; Def Counsel: *Dennis Cameron*; Court Reporter/FTR #: *Margaret Griener*; Time of Hearing: *3:30 PM*; Interpreter: *Marianne Pripps*; Language: *Spanish*; Defendant is present in custody. Defendant waives reading of the Information. The Court canvasses the defendant regarding his health and competency. The defendant is advised of his rights, nature of the charges, and possible penalties. Defendant pleads GUILTY to count One of the Superseding Information. Plea Agreement filed. Court accepts the guilty plea. This matter is referred to the probation department for investigation and report. Trial setting as to this defendant is vacated. Defendant is remanded to custody. Sentencing and disposition set for 3/8/2007 10:00 AM in Reno Courtroom 6 before Judge Brian E. Sandoval. (MLC) (Entered: 11/08/2006) |
| 11/08/2006 | 52 | WAIVER OF INDICTMENT by Moises Emilo Robles (WJ, ) (Entered: 11/09/2006) |
| 11/08/2006 | 53 | NOTICE ti report to USPO to complete PSR by USA as to Moises Emilo Robles (WJ, ) (Entered: 11/09/2006) |
| 11/08/2006 | 54 | PLEA AGREEMENT/MEMORANDUM as to Moises Emilo Robles (WJ, ) (Entered: 11/09/2006) |

| 11/14/2006 | 56 | MOTION to Reconsider Magistrate Judge Order by Moises Emilo Robles. Responses due by 11/28/2006. (Cameron, Dennis) (Entered: 11/14/2006) |
|---|---|---|
| 11/15/2006 | 57 | MINUTE ORDER IN CHAMBERS of the Honorable Valerie P. Cooke, U.S. Magistrate Judge, as to Moises Emilo Robles on 11/15/2006. By Deputy Clerk: LGM. A Motion Hearing regarding defendant's review of order of detention 56 is set for 11/17/2006 03:00 PM in Reno Courtroom 1 before Magistrate Judge Valerie P. Cooke. Counsel have been telephonically notified.(no image attached) (LGM, ) (Entered: 11/15/2006) |
| 11/17/2006 | 59 | MINUTES OF PROCEEDINGS - Detention Hearing as to Moises Emilo Robles held on 11/17/2006 before Judge Valerie P. Cooke. Crtrm Administrator: LGM; AUSA: Paul Pugliese; Def Counsel: Dennis Cameron; PTS: Jennifer Wuebker; Court Reporter/FTR #: 3:08:27 - 3:14:10; Time of Hearing: 3:08 p.m.; Interpreter: Spanish; Language: Monica Sandoval; Defendant is present. Hearing regarding detention of the defendant is conducted. Defendant's review of order of detention 56 is GRANTED. The defendant is released on a P/R bond. It is noted on the record that sentencing in this action is set for 3/8/2007 at 10:00 AM before District Judge Sandoval.(no image attached) (LGM, ) (Entered: 11/21/2006) |
| 11/22/2006 | 60 | AMENDED ORDER as to Moises Emilo Robles, Ord tht the pretrial release ord doc #[58] issued on 11/17/06 shl be amended as follows: That the D shl be restricted from travel outside of the contiguous United States, unless otherwise approved by Pretrial Services. Signed by Judge Valerie P. Cooke on 11/22/06. (SA, ) (Entered: 11/22/2006) |
| 03/08/2007 | 61 | MINUTES OF PROCEEDINGS - Sentencing and Disposition as to Moises Emilo Robles held on 3/8/2007 before Judge Brian E. Sandoval. Crtrm Administrator: Marti Campbell; AUSA: William Reed; Def Counsel: Dennis Cameron; USPO: Martin Mace; Court Reporter/FTR #: Margaret Griener; Time of Hearing: 10:00 AM; Interpreter: Marianne Pripps; Language: Spanish; Defendant is present on bond. Neither party notes any objection to the Presentence Investigation Report. Defendant's counsel argues for a variance. SO GRANTED. Sentence is imposed as to count One of the Superseding Felony Information filed 11/3/2006. Defendant is advised of right to file an appeal. Defendant is released on terms of supervised release. (no image attached) (MLC) (Entered: 03/08/2007) |
| 03/08/2007 | 62 | MINUTE ORDER IN CHAMBERS of the Honorable Brian E. Sandoval, U.S. District Judge, as to Moises Emilo Robles on 3/8/2007. By Deputy Clerk: Marti Campbell.IT IS ORDERED that Counts One and Two of the Indictment filed 05/25/05 are DISMISSED. Defendant was sentenced to a Superseding Felony Information on 03/08/07. (no image attached) (MLC) (Entered: 03/08/2007) |
| 03/09/2007 | 63 | JUDGMENT as to Moises Emilo Robles (1), Count(s) 1, 2, of orig indict Dismissed on govt mtn; Count(s) 1s SSIndict D Pled guilty; TIME |

| | | SERVED; 36 mos supervised release; 100 hrs comm svc; $100 Assessment. See judgment for spec. Signed by Judge Brian E. Sandoval on 3/9/07. (JW ) Modified on 3/12/2007 (WJ, ). clear up language concerning the Counts. (Confined from 10/3/05 to 11/17/06) (Entered: 03/09/2007) |
|---|---|---|
| 05/25/2007 | 67 | Form 22 - PETITION to Transfer Jurisdiction of Supervision - Out as to Moises Emilo Robles (Attachments: # 1) (Crawford, Ronald:pp) (Entered: 05/25/2007) |
| 05/29/2007 | 68 | ORDER granting 67 Petition to Transfer Jurisdiction of Supervision - Out. as to Moises Emilo Robles (1) Signed by Judge Brian E. Sandoval on 05/29/2007. Ord snt to Northern District of CA, 450 Golden Gate Ave, 16th Floor, San Francisco, CA 94102 (LK ) (Entered: 05/29/2007) |
| 06/11/2007 | 69 | ORDER ACCEPTING JURISDICTION TRANSFER OF PROBATION/SUPERVISED RELEASE as to Moises Emilo Robles submitted by Northern District of California. (JW ) (Entered: 06/12/2007) |