BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
(510) 637-3500

Counsel for Defendant ROBLES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07-00359 MJJ |
| Plaintiff, ) | |
| ) | STIPULATION AND [PROPOSED] |
| v. ) | ORDER CONTINUING STATUS |
| ) | DATE AND EXCLUSION OF TIME |
| MOISES ROBLES, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in this case, currently scheduled for Thursday, July 12, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, August 17, 2007, at 2:30 p.m. for status on supervised release violations. One of the alleged violations involves possible new criminal conduct which is detailed in a police report by the Contra Costa County Sheriff's Department and the parties are continuing to investigate the allegations. Should the Court continue the matter to August 17, 2007, the parties hope to have

enough information regarding these allegations to determine how best to proceed in this Court with the supervised release violations. In addition, defense counsel is unavailable from July 25, 2007 though August 13, 2007. There does not need to be a speedy trial exclusion because this matter involves a supervised release violation.

DATED: 7/10/07

                                    JOYCE LEAVITT      /S/
                                    Assistant Federal Public Defender

DATED: 7/10/07

                                    MAUREEN BESSETTE    /S/
                                    Special Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, currently scheduled for Thursday, July 12, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, August 17, 2007, at 2:30 p.m. for status on supervised release violations.

SO ORDERED.

DATED: 7/11/2007

                                    HONORABLE MARTIN J. JENKINS
                                    United States District Judge