BARRY J. PORTMAN
Federal Public Defender
JOYCE LEAVITT
Assistant Federal Public Defender
555 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for MOISES ROBLES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 07-00359 MJJ |
| Plaintiff, | ) | |
| | ) | NOTICE OF ATTORNEY |
| v. | ) | APPEARANCE |
| | ) | |
| MOISES ROBLES, | ) | |
| | ) | |
| Defendant. | ) | |

Assistant Federal Public Defender John Paul Reichmuth was previously appointed as counsel for defendant in the above-captioned case pending before the Court. Pursuant to Criminal Local Rule 44-2(a), undersigned counsel, Assistant Federal Public Defender Joyce Leavitt, enters her general appearance for defendant. Counsel's contact information is listed above.

DATED: July 18, 2007                Respectfully submitted,

                                    BARRY J. PORTMAN
                                    Federal Public Defender

                                     /S/
                                    JOYCE LEAVITT
                                    Assistant Federal Public Defender

*Notice of Attorney Appearance*