1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant ROBLES

6
7
8
                    IN THE UNITED STATES DISTRICT COURT
9
                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
   UNITED STATES OF AMERICA,           )
12                                     )   No. CR 07-00359 MJJ
                  Plaintiff,           )
13                                     )   STIPULATION AND
        v.                             )   [PROPOSED] ORDER
14                                     )   CONTINUING STATUS DATE
                                       )
15                                     )
   MOISES ROBLES,                      )
16                                     )
                  Defendant.           )
17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

19 this case, previously scheduled for Friday, August 17, 2007, before Honorable Martin J. Jenkins,

20 may be continued to Friday, August 31, 2007, at 2:30 p.m. for status on supervised release

21 violations. The parties are continuing to investigate one of the alleged violations which involves

22 possible new criminal conduct detailed in a police report by the Contra Costa County Sheriff's

23 Department. The parties hope to have enough information by August 31, 2007, to determine how

24 best to proceed in this Court with the supervised release violations. There does not need to be a

25

26 speedy trial exclusion

*United States v. Robles*, CR 07-00359 MJJ
Stip. Continuing Status Date                          - 1 -

because this matter involves a supervised release violation.

DATED: 8/21/07

_____
JOYCE LEAVITT    /S/
Assistant Federal Public Defender

DATED: 8/22/07

_____
MAUREEN BESSETTE   /S/
Assistant United States Attorney

## SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date in this case, previously scheduled for Friday, August 17, 2007, before Honorable Martin J. Jenkins, may be continued to Friday, August 31, 2007, at 2:30 p.m. for status on supervised release violations.

SO ORDERED.

DATED:

_____
HONORABLE MARTIN J. JENKINS
United States District Judge

*United States v. Robles*, CR 07-00359 MJJ
Stip. Continuing Status Date                                - 2 -