UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTE ORDER

Date: August 31, 2007

FILED
AUG 3 1 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Case No: CR-07-00359-MJJ   Judge: MARTIN J. JENKINS

Reporter: Starr Wilson   Clerk: Ivy Garcia for Monica Narcisse

Defendant(s):                               Defense Counsel:

MOISES ROBLES   Present? Y   In Custody? Y   Joyce Leavitt

US Attorney:   Interpreter:           US Probation Officer:
Shashi Kewalramani
for Maureen Bessette   None            Myra Turner

Reason for Hearing:                         Ruling:

Status re: pending Sup Release Viol. - HELD

Notes: The parties are continuing to investigate one of the alleged violations which involves possible new criminal conduct detailed in a police report by the Contra Costa County Sheriff's Dept. The deft's atty said that as of this date, no charge has been filed against the deft. in Contra Costa County. The deft's atty asked the Court for a continuance to allow her to discuss with the gov't's atty the possible disposition of the pending Sup. Release Viol. charges - request GRANTED.

Case continued to: 10/12/07 @ 2:30 p.m. for Possible Disposition of Sup. Release Viol. Charges

Motions to be filed by _____; Opposition due _____

Case continued to: _____ for Pretrial Conference

Case continued to: _____ for _____ Trial

Excludable Delay: Category: __ Begins: _____ Ends: _____

cc: Ed Butler/Debbie Maghoney, Probation