IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No. **CR-07-0359 MJJ** |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| **MOISES ROBLES,** | |
| Defendant, | |

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has **rescheduled** the **Possible Disposition Re: Supervised Release Violation** hearing scheduled for Friday, October 12, 2007 at 2:30 p.m. before the Honorable Martin J. Jenkins. The hearing has been **reset** to **October 26, 2007 at 2:30 p.m.**

Please report to Courtroom 4, U.S. Courthouse, 1301 Clay Street, Oakland, CA 94612.

Dated: October 1, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: *Lashanda Scott*
Lashanda Scott
Courtroom Deputy

Please refer to Judge Jenkins' Standing Order located at www.cand.uscourts.gov for additional information. Pursuant to the Standing Order, the rescheduling of a hearing date for a motion does not change the date on which an opposition brief or reply brief is due; any opposition brief remains due not less than 21 days prior to the date of the *originally noticed* hearing and any reply brief is due not less than 14 days prior to the *originally noticed* hearing date.