UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Criminal Pretrial Minute Order</u>
**JUDGE MARTIN J. JENKINS**
Date: 10/26/07



**FILED**
OCT 26 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Clerk:** Frances Stone for Monica Narcisse
**Court Reporter:** MARGO GURULE

**Plaintiff:** United States

v.                                                              No. CR-07-00359-MJJ

**Defendant:** Moises Robles

**Appearances for AUSA:** Maureen Bessette

**Appearances for Defendant:** Joyce Leavitt

**Interpreter:**

**Probation Officer:** Myra Turner

**Reason for Hearing:**          **Ruling:**

Possible Disposition re: Supervised Release Violation
Sentencing as to Supervised Release Violation- HELD.

Charge One of Petition: Def stipulates there is enough evidence to find a grade B violation.
Charge Four : Def admits violation Charge Four
Charge Five: Def stipulates to Charge Five
Def denies Charges Two and Three.
SENTENCING: The Court finds the Defendant in violation of Supervised Release.
Def is committed to custody of Bureau of Prisons for a term of 8 months. Def placed on supervised release for 12 months. Court incorporates all the conditions of supervised release imposed at the conviction of this matter.
**Notes:**

**Case Continued to:**       for
**Motions to be filed by:**       **Opposition Due:**
**Case Continued to**                          for Pretrial Conference
**Case Continued to**       for           Trial

**Excludable Delay: Category: Begins:**       **Ends:**